IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| ROLAND HENRY HAYGOOD, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:09-cv-1394-IPJ-TMP |
| ) | |
| SHERIFF TED SEXTON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 10, 2009, recommending that the federal claims in this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). The magistrate judge further recommended that any state law claims asserted in the complaint be dismissed, without prejudice, pursuant to 28 U.S.C. § 1367(c)(3). Although the plaintiff was advised of his option to file specific written objections within fifteen days, he has failed to respond to the report.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, the federal claims asserted in the complaint are due to be dismissed pursuant

to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. Any state law claims asserted in the complaint are due to be dismissed, without prejudice, pursuant to 28 U.S.C. § 1367(c)(3). A Final Judgment will be entered.

DATED this 3rd day of December 2009.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE